# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL NICHOLE CORWIN,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | CASE NUMBER: 1:20-cv-00394-GSA<br><br>**ORDER TO SHOW CAUSE REGARDING CONFIDENTIAL RESPONSE LETTER BRIEF** |

Pursuant to the scheduling order (Doc. 5), Plaintiff's confidential letter brief (CLB) was due within 30 days of the filing of the administrative record. The administrative record was filed and electronically served on March 10, making the CLB deadline April 9. The parties stipulated to extend Plaintiff's service deadline. Doc. 15.

Although the Court approved the extension and extended all other deadlines accordingly (including Defendant's response CLB deadline), the order was not docketed until April 12 by which time Plaintiff had already served the CLB pursuant to the original deadline of April 9. Thus, there was no basis for an extension of Defendant's deadline to serve a response CLB, which was due 35 days thereafter (May 14).

Accordingly, within 10 days of the entry of this order, Defendant is **directed** to show cause why the response CLB was not served. Alternatively, Defendant may serve his response CLB and file a proof of service within 10 days of the entry of this order.

IT IS SO ORDERED.

Dated: **May 27, 2021**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1

2