UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL NICHOLE CORWIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NUMBER: 1:20-cv-00394-GSA<br><br>**ORDER TERMINATING ORDER TO SHOW CAUSE REGARDING CONFIDENTIAL RESPONSE LETTER BRIEF** |

　　　An order to show cause issued on May 27, 2021 regarding Defendant's confidential response letter brief. Doc. 18. On June 9, 2021 Defendant filed a response explaining the delay, indicated Plaintiff's counsel had no objection and filed a certificate confirming service of the letter brief. Docs. 19, 20.

　　　Accordingly, the order to show cause (Doc. 18) is terminated.

IT IS SO ORDERED.

　Dated:   **June 10, 2021**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE